UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KOFI AMANKWAA, JR.,<br>               Defendant. | Affirmation in Support of Application for Order of Continuance<br><br>24 Mag. 230 |

State of New York            )
County of New York          : ss.:
Southern District of New York )

      Adam Z. Margulies, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.      I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

      2.      The defendant was charged in a complaint dated January 18, 2024, with violations of 18 U.S.C. §§ 371 and 1546(a), arrested on January 22, 2024, and presented in this District before Chief Magistrate Judge Sarah Netburn on January 22, 2024, at which proceeding he was represented by Renato Stabile, Esq., and was ordered released on bail with certain conditions.

      3.      At the presentment on January 22, 2024, a preliminary hearing was scheduled for February 21, 2024, after defense counsel consented to extend the deadline within which to conduct a preliminary hearing. Under the Speedy Trial Act, the Government had until February 21, 2024, within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4. On February 21, 2024, Magistrate Judge Sarah L. Cave entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until March 22, 2024.

5. On March 22, 2024, Magistrate Judge Gary Stein entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until April 22, 2024.

6. On April 22, 2024, Magistrate Judge Jennifer E. Willis entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until May 22, 2024.

7. On May 22, 2024, Magistrate Judge Jennifer E. Willis entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until June 21, 2024.

8. On June 21, 2024, Magistrate Judge James L. Cott entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until July 22, 2024.

9. On July 19, 2024, Magistrate Judge Robert W. Lehrburger entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C.

§ 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until August 21, 2024.

10. On August 21, 2024, Magistrate Judge Ona T. Wang entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until September 20, 2024.

11. On September 19, 2024, Magistrate Judge Robyn F. Tarnofsky entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until October 21, 2024.

12. On October 21, 2024, Magistrate Judge Gary Stein entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until November 20, 2024.

13. On November 20, 2024, Magistrate Judge Stewart D. Aaron entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until December 20, 2024.

14. On December 18, 2024, Magistrate Judge Katharine H. Parker entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until January 20, 2025. Because

January 20, 2025, is a legal holiday, the preliminary hearing and Speedy Trial Act deadlines became January 21, 2025. *See* Fed. R. Crim. P. 45.

15. On January 21, 2025, Magistrate Judge Sarah L. Cave entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until February 20, 2025.

16. On February 19, 2025, Chief Magistrate Judge Sarah Netburn entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until March 24, 2025.

17. On March 24, 2025, Magistrate Judge Valerie Figueredo entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until April 23, 2025.

18. On April 23, 2025, Magistrate Judge Jennifer E. Willis entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until May 23, 2025.

19. On May 23, 2025, Magistrate Judge Robert W. Lehrburger entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until June 23, 2025.

20.     On June 20, 2025, Magistrate Judge Henry J. Ricardo entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until July 23, 2025.

21.     Defense counsel and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before July 23, 2025.

22.     Therefore, the Government requests a 30-day adjournment of the Speedy Trial Act and preliminary hearing deadlines until August 22, 2025, to continue the foregoing discussions toward resolving this matter. On July 22, 2025, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to August 22, 2025, and has specifically consented to this request.

23.     Andrew Dember, Deputy Chief of the Criminal Division, has approved this application.

24.     For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
       July 22, 2025

_____
Adam Z. Margulies
Assistant United States Attorney
212-637-2345