UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KOFI AMANKWAA, JR.,<br>　　　　　　　　Defendants. | **Order of Continuance**<br><br>24 Mag. 230 |

Upon the application of the United States of America and the affirmation of Adam Z. Margulies, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 371 and 1546(a), in a complaint dated January 18, 2024, and arrested on January 22, 2024, and:

It is further found that the defendant was presented before Chief Magistrate Judge Sarah Netburn in this District on January 22, 2024, and was ordered released on bail with certain conditions;

It is further found that on February 21, 2024, Magistrate Judge Sarah L. Cave entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until March 22, 2024;

It is further found that on March 22, 2024, Magistrate Judge Gary Stein entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until April 22, 2024;

It is further found that on April 22, 2024, Magistrate Judge Jennifer E. Willis entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18

U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until May 22, 2024;

It is further found that on May 22, 2024, Magistrate Judge Jennifer E. Willis entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until June 21, 2024;

It is further found that on June 21, 2024, Magistrate Judge James L. Cott entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until July 22, 2024;

It is further found that on July 19, 2024, Magistrate Judge Robert W. Lehrburger entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until August 21, 2024;

It is further found that on August 21, 2024, Magistrate Judge Ona T. Wang entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until September 20, 2024;

It is further found that on September 19, 2024, Magistrate Judge Robyn F. Tarnofsky entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until October 21, 2024;

It is further found that on October 21, 2024, Magistrate Judge Gary Stein entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until November 20, 2024;

It is further found that on November 20, 2024, Magistrate Judge Stewart D. Aaron entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until December 20, 2024;

It is further found that on November 20, 2024, Magistrate Judge Stewart D. Aaron entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until December 20, 2024;

It is further found that on December 18, 2024, Magistrate Judge Katharine H. Parker entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until January 20, 2025. Because January 20, 2025, is a legal holiday, the preliminary hearing and Speedy Trial Act deadlines became January 21, 2025. *See* Fed. R. Crim. P. 45;

It is further found that on January 21, 2025, Magistrate Judge Sarah L. Cave entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until February 20, 2025;

It is further found that on February 19, 2025, Chief Magistrate Judge Sarah Netburn entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until March 24, 2025;

It is further found that on March 24, 2025, Magistrate Judge Valerie Figueredo entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until April 23, 2025;

It is further found that on April 23, 2025, Magistrate Judge Jennifer E. Willis entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until May 23, 2025;

It is further found that on May 23, 2025, Magistrate Judge Robert W. Lehrburger entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until June 23, 2025;

It is further found that on June 20, 2025, Magistrate Judge Henry J. Ricardo entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until July 23, 2025;

It is further found that on July 23, 2025, Magistrate Judge Ona T. Wang entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C.

§ 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until August 22, 2025;

It is further found that on August 22, 2025, Magistrate Judge Barabra C. Moses entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until September 22, 2025;

It is further found that Ronald Hart, Esq., counsel for defendant Amankwaa, Jr., and Assistant United States Attorney Adam Z. Margulies have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested an adjournment of the Speedy Trial Act and preliminary hearing deadlines for 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose, specifically consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for that period; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until October 22, 2025, and that a copy of this Order and the affirmation of Assistant United States Attorney Adam Z. Margulies be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
September 22, 2025

_____
UNITED STATES MAGISTRATE JUDGE